**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| DEPUY SYNTHES SALES, INC., and MEDICAL DEVICE BUSINESS SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ORTHOFIX MEDICAL, INC., ORTHOFIX SPINAL IMPLANTS, INC., SCOTT MACKEY, and MIRANDA MIDDLETON, <br><br> Defendants. | Civil Action No. 4:19-cv-222-ALM <br><br> Judge Mazzant |

## STIPULATION REGARDING FINAL ORDER

Plaintiffs DePuy Synthes Sales, Inc. and Medical Device Business Services, Inc. (together "Plaintiffs" or "DePuy Synthes") and Defendants Orthofix Medical Inc., Orthofix Spinal Implants, Inc. ("Orthofix"), Scott Mackey, and Miranda Middleton (together "Defendants") hereby stipulate to the filing and entry of the enclosed Stipulated Final Order pursuant to a Confidential Settlement Agreement reached between the parties.

Respectfully submitted,

***/s/ Leigh Ann Buziak***
Clyde M. Siebman
Texas Bar # 18341600
clydesiebman@siebman.com
Elizabeth S. Forrest
Texas Bar # 24086207
elizabethforrest@siebman.com
Siebman Forrest Burg & Smith, LLP
Federal Courthouse Square
300 N. Travis St.
Sherman, TX 75090
Tel.: (903) 870-0070
Fax: (903) 870-0066

ANTHONY HALLER (*admitted pro hac vice*)
Identification No. 37017
LEIGH ANN BUZIAK (*admitted pro hac vice*)
Identification No. 93949
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
Tel: (215) 569-5500
Fax: (215) 832-5555

*Attorneys for Plaintiff*
*DePuy Synthes Sales, Inc. and Medical Device Business Services, Inc.*

*/s/ Matthew W. Ray*
Matthew W. Ray
State Bar No. 00788248
mattr@lfdslaw.com
Paula Reichenstein
State Bar No. 00797459
paular@lfdslaw.com
LOEWINSOHN FLEGLE DEARY SIMON LLC
12377 Merit Drive, Suite 900
Dallas, Texas 75251
214-572-1700
214-572-1717

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on February 12, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                               /s/ *Leigh Ann Buziak*
                                               Leigh Ann Buziak